**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Henry Garza GALLEGO, Defendant–
Appellant.**

No. 08–10487.

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2009.*

Filed June 16, 2009.

Jesse Joseph Figueroa, Assistant U.S., George Ferko, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Stephen Jonathan Young, Williamson & Young, PC, Tucson, AZ, for Defendant–Appellant.

Before: TROTT, McKEOWN, and IKUTA, Circuit Judges.

MEMORANDUM **

Because 18 U.S.C. § 4082(a) defines a type of "escape" under 18 U.S.C. § 751, the district court's jury instruction was not improper and did not improperly amend the indictment. *See United States v. Jones*, 569 F.2d 499, 501 (9th Cir.1978)

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(using § 4082 as an example of "escape" under 18 U.S.C. § 751).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.